# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STOCKPORT MOUNTAIN CORPORATION, LLC, | : | No. 3:11cv514 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| NORCROSS WILDLIFE FOUNDATION, INC., | : | |
| Defendant | : | |

## ORDER

AND NOW, to wit, this 10th day of January 2014, plaintiff's motion to alter or amend the judgment (Doc. 66) is hereby **DENIED**.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**