## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STOCKPORT MOUNTAIN CORPORATION, LLC, | : | No. 3:11cv514 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| NORCROSS WILDLIFE FOUNDATION, INC., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 13th day of January 2014, Defendant Norcross Wildlife Foundation, Inc. is **AWARDED** $184,775.66 in costs, attorneys' fees and expenses. The Clerk of Court is directed to enter judgment in favor of Defendant Norcross Wildlife Foundation, Inc. and against Plaintiff Stockport Mountain Corporation, LLC in the amount of $184,775.66.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**